United States Bankruptcy Court
District Of Idaho

U.S. COURTS

OCT 28 2009

Rcv'd ____ Filed ____ Time 12:35
CAMERON S. BURKE
CLERK DISTRICT OF IDAHO

In Re: Crego, Edward W./Julie A.       )       CHAPTER: 13
                                       )
                                       )       CASE NO.: 05-02187 JDP
                                       )
                                       )
                                       )
_____)

## TURNOVER OF FUNDS TO THE CLERK

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

**NAME & ADDRESS OF CREDITOR**        **AMOUNT NOT DISBURSED**

2. The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. §347(a).

| NAME & ADDRESS OF CREDITOR | CHECK NO. | DATED | AMOUNT |
|---|---|---|---|
| Northwest Education Loan Assoc<br>811 First Avenue<br>500 Colman Bldg<br>Seattle, WA  98104 | 52187 | 10/27/2009 | $470.51 |

                              TOTAL            $ 470.51
            TOTAL AMOUNT REMITTED   $ 470.51


FEE PAID
R# 54646

/S/  Bernie Rakozy Trustee